| Bryon Nevius, *Sui Juris*, a man, Plaintiff | Case No. 2:13-cv-04228-NKL |
|---|---|
| v. | **Plaintiff's Motion In The Nature of Quo Worranto to Determine by What Authority Julie Tomlinson Acts** |
| Julie Tomlinson a woman, and coworkers, et al. as individuals; Internal Revenue Service A fictitious entity, Defendants. | Judge: Nanette Laughrey |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## MOTION IN THE NATURE OF QUO WORRANTO TO DETERMINE BY WHAT AUTHORITY JULIE TOMLINSON ACTS

### BRIEF AND SUPPORT

1. There is nothing on the record to verify the factual sufficiency of a claim that Julie Tomlinson's works for the United States or any agency thereof or that in Julie Tomlinson's acts clearly rising to fraud, Julie Tomlinson was acting in an official capacity.

2. Is as the law provides that agency **cannot be established** out of the mouth of the agent absent a certified record such as a pay stub, the court presumes a fact not in evidence by accepting Julie Tomlinson's claim of employment by the United States.

3. Absent truth that the following acts can be found in volume, page of a;
   1. Book
   2. Pamphlet
   3. Employee code
   4. Or other documents.

4. This court can only conclude that Julie Tomlinson was acting of her own volition with private personal motives.

### DECLARATION

Fifteen days (15) from the verifiable receipt of this Motion in the nature of Quo Worranto an ORDER will be prepared and submitted to the court for ratification removing the interference of the United States from these proceedings unless before that time Julie Tomlinson summits the following proofs, proofs of employment as could only be shown on a W-2, pay stub or employment contract and summits an authenticated copy of book and publication where regulations apply to her, including but not limited to tax regulations!

Dated April 9, 2014
Best regards,

Bryon Nevius, plaintiff: *Sui Juris*
21355 Hwy 179
Jamestown, Missouri [65046]

_____
Bryon Nevius, plaintiff: *Sui Juris*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2014, I served the foregoing by United States first-class mail with a tracking number of 9400 1118 9956 0828 6529 83 upon the following:

Jessica S. Reimelt
Trial Attorney, Tax Division
Department of Justice
Ben Franklin Station
P.O. Box 7238
Washington, DC [20044.]

_____
Bryon Nevius, plaintiff: *Sui Juris*.