| | |
|---|---|
| Bryon Nevius, *Sui Juris*, a man,<br>    Plaintiff<br><br>    v.<br><br>Julie Tomlinson a woman, and coworkers, et al. as individuals; Internal Revenue Service - A fictitious entity,<br>    Defendants. | USDC Case No.: 2:13-cv-04228-NKL<br><br>**PLAINTIFF'S NOTICE TO THE COURT**<br><br>Judicial officer: Nanette K. Laughrey. |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

## **NOTICE TO THE COURT**

1. This is Plaintiff Bryon Nevius's Notice to the Court per Federal Rules of Evidence, Rule 401 (a)

2. On April 17, 2014 Plaintiff placed in the U.S. mail a Subpoena Duces Tecum to the Office Manager at the Internal Revenue Service Office in Jefferson City, Missouri with a tracking number of 7002 3150 0005 1552 0798 which was delivered and signed for on April 23, 2014. A copy of the Subpoena is attached.

3. And further, a copy of the Subpoena was also faxed on April 17, 2014 to Jessica S. Reimelt at fax number 202-514-6770.

4. Plaintiff expects compliance with this Subpoena since it is absolutely essential to an honest and fair adjudication of the claims.

**CERTIFICATE OF SERVICE**

A copy of this document will be sent by the Western District Court by means of electronic mail to the Defendants' using the CM/EFC system.

Dated April 23, 2014
Best regards,

                                                         Bryon Nevius, plaintiff: *Sui Juris*
                                                         21355 Hwy 179
                                                         Jamestown, Missouri [65046]

                                                         Bryon Nevius, plaintiff: *Sui Juris*

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| Bryon Nevius - Sui Juris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-04228-NKL |
| Julie Tomlinson an Individual and the I.R.S. | ) | |
| *Defendant* | ) | |

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION TO PRODUCE DOCUMENTS AND RECORDS IN A CIVIL ACTION

To: OFFICE MANAGER IRS, JEFFERSON CITY, MISSOURI OFFICE

*(Name of person to whom this subpoena is directed)*

*Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All items in Bryon B. Nevius Individual Master File and all items in his Non-individual Master File along with all items in his Indicia file and any other elements contained in an "administrative file with the name Bryon B. Nevius." **The information should be readable and in a d-coded format.**

Place: **Within 14 days** of receipt of this SUBPOENA you will mail all of the above documents to: Bryon Nevius, 21355 Highway 179, Jamestown Missouri 65046

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT         OR

4-16-14

*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

[signature]

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*, who issues or requests this subpoena, are: Bryon B. Nevius - Sui Juris (Plaintiff)

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).