| Bryon Nevius, *Sui Juris*, a man, Plaintiff<br><br>v.<br><br>Julie Tomlinson a woman, and coworkers, et al. as individuals; Internal Revenue Service - A fictitious entity, Defendants. | USDC Case No.: 2:13-cv-04228-NKL<br><br>Plaintiffs Request for: Conclusions of Law and Findings of Facts re: Court's ORDER Docket 39.<br><br>Judicial officer: Nanette K. Laughrey. |
|---|---|

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### REQUEST FOR FINDING OF FACTS

1. Plaintiff Bryon Nevius's requests a Finding of Fact and Conclusions of Law regarding the Courts ORDER dated 4-24-2014, Docket number 39.

2. This request is based on Fed. Rules Civ. P., Rule 52.

3. Defendant Tomlinson is <u>not</u> employed with the United States Federal Government and she has <u>not</u> taken the oath of service or offered any authenticated evidence to the facts.

4. Defendant has no particular rules or statutes upon which "enforcement" is based.

5. Defendant lacks the authority to determine a tax liability.

This 7th day of May A.D. 2014.

*[signature]*

Bryon Nevius, claimant, *SuiJuris*
21355 Hwy 179
Jamestown, Missouri [65046]
Telephone: 660-849-2133

## CERTIFICATE OF SERVICE

A copy of this document will be sent by the Western District Court by means of electronic mail to the Defendants' using the CM/EFC system.

_____
Bryon Nevius, plaintiff: *Sui Juris.*